IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SHARON L. QUILLEN** ) | |
| ) | Case No.  8:21-cv-2636 |
| ) | |
| **Plaintiff**, ) | |
| v. ) | |
| ) | |
| **SAFEWAY INC. a/d/b as SAFEWAY-** ) | |
| **EASTERN DIVISION,** ) | |
| **NAI SATURN EASTERN LLC, &** ) | |
| **SAFEWAY STORE 0105-86** ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

## STATUS REPORT COURT'S ORDER FOR JOINT AMENDED SCHEDULING ORDER

Pursuant to the Court's paperless order of February 10, 2023, Plaintiff, by and through counsel, respectfully responds as follows:

1. Counsel for Plaintiff was unsuccessful in reaching by telephone Defendant's Counsels Mr. Tyree Jones and Ms. Oluwaseyi Odunaiya on February 15 and 16, 2023 for the purpose of drafting a proposed joint amended scheduling order as requested by this Honorable Court.

2. Plaintiff's counsel understand that Defendant's counsels maintain a global practice and are not always able to quickly respond to telephone calls.

3. Plaintiff's counsel respectfully requests that this Honorable Court postpone requiring the parties to file a proposed joint amended scheduling order for the reason that Plaintiff's counsel is winding down his practice with the current intention of retiring due to age.  For this reason Plaintiff is searching for a new attorney who will want to weigh in on any proposed joint amended scheduling order.

4. Plaintiff's current counsel anticipates filing a Notice to Withdraw from this case and respectfully requests that this Honorable Court re-open this case so that it may proceed with new counsel once Plaintiff has obtained new counsel.

Respectfully submitted,

| | |
|---|---|
| <u>        /s/        </u><br>Charles F. Holman,<br>Maryland Federal Bar No. 27425<br>Charles F. Holman, III & Associates, LLC | Dated: February 16, 2023 |

<u>Office Meeting Address:</u>
8630 Fenton Street, Suite 320
Silver Spring, MD 20910

<u>Mailing Address:</u>
PO Box 155
Bowie, MD 20719-0155

(410) 659-7500 - voice

(410) 659-7504 - fax
chasfholman3@aol.com
*Attorney for Plaintiff Sharon L. Quillen*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **SHARON L. QUILLEN** | ) <br> ) <br> ) Case No. 8:21-cv-2636 <br> ) |
| **Plaintiff**, | ) |
| v. | ) |
| **SAFEWAY INC.** | ) |
| **Defendant**. | ) |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 16th day of February 2023 a true and correct copy of the foregoing Plaintiff's Status Report Concerning the Court's Order for Joint Amended Scheduling Order was served on the following local counsel of record via the Court's electronic filing system:

> Daniel Z. Herbst (Bar No. 17510)
> REED SMITH LLP
> 1301 K Street, N.W.
> Suite 1000 East Tower
> Washington, DC 20005

/s/

_____
Charles F. Holman